NUMBER 13-06-508-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________ _


CHRISTOPHER SEWELL, Appellant,


v.


THE STATE OF TEXAS, Appellee.

_____________________________________________________ __ 


On appeal from the 347th District Court 


 of Nueces County, Texas

____________________________________________________ __ 

MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza 


Opinion Per Curiam



 Appellant, CHRISTOPHER SEWELL, attempted to perfect an appeal from a
judgment entered by the 347th District Court of Nueces County, Texas. On November
6, 2006, the trial court granted appellant's motion for new trial.

 The Court, having examined and fully considered the documents on file and the
trial court's order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Memorandum Opinion delivered and filed this

the 21st day of December, 2006.